IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **THE B & F SYSTEM, INC.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:07-CV-192 (HL) |
| **LLOYD J. LEBLANC JR., MAXAM WHOLESALE OF ATLANTA, INC., DIRECT SOURCE IMPORTS, INC. JEFF LEBLANC, LLOYD LEBLANC III, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S, LLC, and EDNA G. LEBLANC,** | : | |
| Defendants. | : | |

## ORDER

Before the Court are Defendant Direct Source Imports, Inc.'s Request That Motion for Protective Order Remain Stayed (Doc. 133) and Defendant Edna G. LeBlanc's Request That Her Motion to Compel Remain Stayed (Doc. 134).

On July 7, 2010, Defendant Direct Source Imports, Inc. filed a Motion for Protective Order regarding certain subpoenas issued by Plaintiff. Also on July 7, 2010, Defendant Edna G. LeBlanc filed a Motion to Compel Plaintiff to respond more fully to certain discovery requests.

Counsel for Plaintiff contacted the Court and stated that the parties were attempting to work out the discovery matters involved in the Motion for Protective Order and Motion to Compel. In light of that representation, on July 23, 2010 the

Court entered an order (Doc. 128) stating that the standard deadlines for responding and replying to the two Motions were suspended, but would not be indefinitely stayed. The parties were instructed to notify the Court no later than August 16, 2010 as to the status of the Motions, along with any other outstanding discovery issues, so the response and reply deadlines could be reset.

Notwithstanding the Court's statement that the Motions would not be indefinitely stayed, the movants have now requested that the stay remain in place. The only status provided to the Court is that counsel are attempting to resolve discovery issues without court intervention at this time.

While the Court recognizes that this is a complicated case, it is also one that has been pending for almost three years. The Motions to Stay (Docs. 133 and 134) are denied. Responses to the Motions are due no later than September 7, 2010. Movants' replies are due no later than September 21, 2010. Of course, the movants can always withdraw their Motions, which can be filed again if necessary.

**SO ORDERED**, this 17th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh