IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE B & F SYSTEM, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 7:07-CV-192 (HL) |
| LLOYD J. LEBLANC JR., MAXAM WHOLESALE OF ATLANTA, INC., DIRECT SOURCE IMPORTS, INC. JEFF LEBLANC, LLOYD LEBLANC III, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S, LLC, and EDNA G. LEBLANC, | |
| Defendants. | |

**ORDER**

This case is before the Court on Defendants' Motion to Exceed Page Limitation (Doc. 145). The Motion is granted, in part, and denied, in part. Defendants will be allowed 50 pages for their brief in support of their motion for summary judgment. Plaintiff will be allowed 50 pages for its brief in response to Defendants' motion for summary judgment. Defendants will be allowed the standard 10 pages for a reply.

**SO ORDERED**, this 4th day of February, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

mbh