**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **THE B & F SYSTEM, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **LLOYD J. LEBLANC JR., ET AL.,** <br><br> Defendants. | Civil Action 7:07-CV-192 (HL) |

**ORDER**

A hearing on the parties' cross-motions for summary judgment is scheduled for June 1, 2011 at 9:30 a.m. in Valdosta. The parties have filed a number of exhibits in this case which have been moved to Macon for the Court to prepare for the motions hearing. If counsel wishes to use any exhibits that have been filed at the motions hearing, he must make arrangements to retrieve those exhibits from the courthouse in Macon no later than May 31. He will then be responsible for returning the exhibits to Macon during the week of June 6, 2011.

No later than May 26, 2011, counsel should contact Mary Beth Hand at Mary_Hand@gamd.uscourts.gov and inform her which, if any, exhibits will be used at the hearing and when she should expect someone to retrieve the exhibits.

**SO ORDERED**, this 24th day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh