IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THE B & F SYSTEM, INC. | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: 7:07-CV-192 |
| | * | |
| v. | * | |
| | * | |
| LLOYD J. LEBLANC, JR., ET AL. | * | |
| | * | |
| Defendants. | * | |

## ORDER

Defendants are hereby **ORDERED** to immediately **CEASE AND DESIST** from registering, trafficking in, or using the Internet domain names (i) maxamwholesale.com and (ii) maxamwholesale.net, [or any other domain name including the word "maxam"], as those terms are defined in the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Defendants shall also take all necessary steps within their authority and ability to effectuate the transfer of the Internet domain names (i) maxamwholesale.com and (ii) maxamwholesale.net to Plaintiff no later than June 10, 2011.

This Order modifies and supersedes all prior Orders in this case concerning these particular issues.

SO ORDERED, this 3rd day of June, 2011.

                                  **s/ Hugh Lawson**
                                  HONORABLE HUGH LAWSON,
                                  JUDGE, UNITED STATES DISTRICT COURT
                                  MIDDLE DISTRICT OF GEORGIA