# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **THE B & F SYSTEM, INC.,** | |
| Plaintiff, | |
| v. | Civil Action 7:07-CV-192 (HL) |
| **LLOYD J. LEBLANC JR., ET AL.,** | |
| Defendants. | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | |
| Plaintiff, | Civil Action 7:09-CV-76 (HL) |
| v. | |
| **LLOYD J. LEBLANC, JR., ET AL.,** | |
| Defendants. | |

## ORDER

These two cases are ordered to mediation. The matters shall be mediated in a joint mediation session conducted by the Honorable Lamar W. Sizemore Jr., Sell & Melton, LLP, 577 Mulberry Street, Suite 1400, Macon, Georgia 31201, no later than August 1, 2011. Counsel for The B&F System, Inc. is directed to make contact with Judge Sizemore no later than June 10, 2011 for purposes of scheduling the mediation. **All parties are required to attend the mediation.** The B&F System and the LeBlancs will each be responsible for paying one-half the cost of the mediation. If the parties wish to use any of the exhibits previously filed with the Court in

connection with the preliminary injunction and summary judgment motions, the exhibits can be retrieved from the Clerk's office in Valdosta.

A status report outlining the results of the mediation session must be filed with the Court on or before August 8, 2011.

**SO ORDERED**, this 3rd day of June, 2011.

>*s/ Hugh Lawson*
>**HUGH LAWSON, SENIOR JUDGE**

mbh