# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**THE B & F SYSTEM, INC.**,

    Plaintiff,

v.

**LLOYD J. LEBLANC JR., et al.**,

    Defendants.

Civil Action No. 7:07-CV-192 (HL)

## ORDER

On November 2, 2011, the Court held a telephone conference with counsel regarding a discovery dispute that has arisen in connection with the parties' trial preparation. As ordered by the Court, counsel for each party filed a brief setting forth his case as to why the requested discovery should or should not be allowed. The Court has now had the opportunity to review the briefs and consider the positions of each party.

The Court orders Defendants to supplement the discovery responses as requested by Plaintiff no later than 12:00 p.m. on November 18, 2011. If Plaintiff's expert, John Elmore, intends to produce a supplemental expert report, the report must be provided to Defendants no later than 12:00 p.m. on December 2, 2011. If a supplemental expert report is provided, Defendants may depose Mr. Elmore as to the information contained in the supplemental report on or before December 16, 2011. Plaintiff is ordered to produce Mr. Elmore for a deposition at a location and on a date and time convenient to Defendants.

At this time, the Court is not inclined to allow any further expert witness identification or disclosures. Further, the Court will not hear any challenges to the testimony of any experts previously identified by the parties.

If the parties are unable to comply with this Order for any reason, they are directed to contact the Court immediately.

**SO ORDERED**, this the 7th day of November, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh