IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**THE B & F SYSTEM, INC.**,

    Plaintiff,

v.

**LLOYD J. LEBLANC JR., et al.**,

    Defendants.

Civil Action No. 7:07-CV-192 (HL)

**ORDER**

On November 7, 2011, the Court entered an order allowing Plaintiff's expert, John Elmore, to supplement his expert witness report. The report must be provided to Defendants no later than 12:00 p.m. on December 2, 2011. Defendants will then be allowed to depose Mr. Elmore as to the information contained in the supplemental report on or before December 16, 2011.

Counsel have now contacted the Court with regard to Defendants' rebuttal expert, Marcie Bour. The parties request leave for Ms. Bour to supplement her expert report, and for Plaintiff to be allowed to depose Ms. Bour as to her supplemental report.

The Court will allow Ms. Bour to supplement her expert report. Any supplemental report must be provided to Plaintiff no later than 12:00 p.m. on December 30, 2011. If a supplemental report is provided, Plaintiff may depose Ms. Bour as to the information contained in the supplemental report on or before January

6, 2012. Defendants are ordered to produce Ms. Bour for a deposition at a location and on a date and time convenient to Plaintiff.

The depositions of Mr. Elmore and Ms. Bour relating to their supplemental reports are to be taken for discovery purposes only. The Court will not entertain any motions with regard to their testimony prior to trial, relating either to previous testimony or the supplemental testimony discussed in this Order.

No further discovery will be allowed in this case.

If the parties are unable to comply with this Order for any reason, they are directed to contact the Court immediately.

**SO ORDERED**, this the 15th day of November, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh