IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **THE B & F SYSTEM, INC.**,<br><br>     Plaintiff,<br><br>v.<br><br>**LLOYD J. LEBLANC JR., et al.**,<br><br>     Defendants. | Civil Action No. 7:07-CV-192 (HL) |

**ORDER**

The Clerk of Court is directed to amend the caption of this case to reflect the legal name of Defendant Jeff LeBlanc, which is Arthur Jeffrey LeBlanc. All pleadings and other documents filed in this case should reflect this change.

**SO ORDERED**, this the 15th day of December, 2011.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh