IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**THE B & F SYSTEM, INC.**,

    Plaintiff,

v.

**LLOYD J. LEBLANC JR., MAXAM WHOLESALE OF ATLANTA, INC., DIRECT SOURCE IMPORTS, INC., ARTHUR JEFFREY LEBLANC, LLOYD LEBLANC, III, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, and EDNA G. LEBLANC,**

    Defendants.

Civil Action No. 7:07-CV-192 (HL)

**ORDER**

Defendants' Motion in Limine (Doc. 243) is before the Court. Plaintiff objects to the Court's consideration of the Motion, as it was filed after the deadline established by the pretrial conference order and no showing has been made that the motion could not have been filed on or before that date.

While the Motion was untimely, the Court believes Defendants have raised a pertinent question which should be addressed prior to trial. The Court agrees with Defendants that no mention of any prior orders from either Judge Sands or the undersigned should be made during the course of the trial. Accordingly, the Motion in Limine (Doc. 243) is granted.

As for the supplemental requests to charge filed by Defendants on January 10, 2012, the Court agrees with Plaintiff that these are untimely. The Court will not consider those requests in drafting the jury charges. Unless specifically allowed by the Court during trial, neither party is to submit any additional jury charges.

Finally, the Court has reviewed Defendants' Objection to Special Interrogatories to the Jury (Doc. 248). The Court believes some of the Objections have merit, and is in the process of revising the Special Interrogatories for Phase I of the trial. A copy of the final Phase I verdict form will be provided to counsel prior to the beginning of the trial.

**SO ORDERED**, this 13th day of January, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh