IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE B & F SYSTEM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYD J. LEBLANC JR., MAXAM WHOLESALE OF ATLANTA, INC., DIRECT SOURCE IMPORTS, INC., ARTHUR JEFFREY LEBLANC, LLOYD LEBLANC, III, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, and EDNA G. LEBLANC,<br><br>    Defendants. | Civil Action No. 7:07-CV-192 (HL)<br><br>FILED<br>JAN 23 2012<br>*Nora Paul*<br>UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF GEORGIA |

**SPECIAL INTERROGATORIES TO THE JURY - PHASE I**

1. Was there a partnership between Lloyd J. LeBlanc Jr., Lloyd J. ("Jody") LeBlanc III, and Arthur Jeffrey ("Jeff") LeBlanc?

   \_\_\_\_\_ YES      √ NO

   If you answered NO to Question 1, please answer Question 2 below.
   If you answered YES to Question 1, please move on to Question 3.

2. Was Lloyd J. ("Jody") LeBlanc III aware of the existence of the Service Mark License Agreement prior to November 12, 2007?

   √ YES      \_\_\_\_\_ NO

3. On what date was the Service Mark License Agreement terminated?

   *November 12, 2007*

4. Was the Maxam Independent Distributor Agreement terminated on May 15, 2007?

   \_\_\_\_\_ YES      √ NO

   If your answer to Question 4 was NO, on what date was the Maxam Independent Distributor Agreement terminated?

   ~~*No official Termination date*~~
   *5-31-07*

5. Was Edna LeBlanc aware of the existence of the Service Mark License Agreement prior to November 12, 2007?

     √  YES          ___ NO

SO SAY WE ALL THIS  23rd  day of January, 2012.

_____
FOREPERSON