IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE B & F SYSTEM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYD J. LEBLANC JR., MAXAM WHOLESALE OF ATLANTA, INC., DIRECT SOURCE IMPORTS, INC., ARTHUR JEFFREY LEBLANC, LLOYD LEBLANC, III, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, and EDNA G. LEBLANC,<br><br>    Defendants. | Civil Action No. 7:07-CV-192 (HL)<br><br>FILED<br>FEB - 3 2012<br>Nora Paul<br>UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF GEORGIA |

## SPECIAL INTERROGATORIES TO THE JURY - PHASE III

1. Has B&F shown by clear and convincing evidence that it is entitled to punitive damages against Direct Source Imports, Inc.?

   _____ YES     ____✓____ NO

   If you answered YES to Question 1, do you find that Direct Source Imports, Inc. acted with the specific intent to cause harm to B&F?

   _____ YES     _____ NO

   If you have determined that a punitive damages award is appropriate, what is the amount of punitive damages you award B&F against Direct Source Imports, Inc.?

   $_____

2. Has B&F shown by clear and convincing evidence that it is entitled to punitive damages against Jeff LeBlanc?

   _____ YES     ____✓____ NO

   If you answered YES to Question 2, do you find that Jeff LeBlanc acted with the specific intent to cause harm to B&F?

   _____ YES     _____ NO

If you have determined that a punitive damages award is appropriate, what is the amount of punitive damages you award B&F against Jeff LeBlanc?

$_____

3. Has B&F shown by clear and convincing evidence that it is entitled to punitive damages against Jody LeBlanc?

_____ YES     ____✓____ NO

If you answered YES to Question 3, do you find that Jody LeBlanc acted with the specific intent to cause harm to B&F?

_____ YES     _____ NO

If you have determined that a punitive damages award is appropriate, what is the amount of punitive damages you award B&F against Jody LeBlanc?

$_____

4. Has B&F shown by clear and convincing evidence that it is entitled to punitive damages against Productos Mexicanos Don Jose, Inc.?

_____ YES     ____✓____ NO

If you answered YES to Question 4, do you find that Productos Mexicanos Don Jose, Inc. acted with the specific intent to cause harm to B&F?

_____ YES     _____ NO

If you have determined that a punitive damages award is appropriate, what is the amount of punitive damages you award B&F against Productos Mexicanos Don Jose, Inc.?

$_____

5. Has B&F shown by clear and convincing evidence that it is entitled to punitive damages against Edna LeBlanc?

_____ YES     ____✓____ NO

If you answered YES to Question 5, do you find that Edna LeBlanc acted with the specific intent to cause harm to B&F?

_____ YES          _____ NO

If you have determined that a punitive damages award is appropriate, what is the amount of punitive damages you award B&F against Edna LeBlanc?

$_____

SO SAY WE ALL THIS \_\_3\_\_ day of February, 2012.


_____
                    FOREPERSON