IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **THE B & F SYSTEM, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **LLOYD J. LEBLANC JR., MAXAM WHOLESALE OF ATLANTA, INC., DIRECT SOURCE IMPORTS, INC., ARTHUR JEFFREY LEBLANC, LLOYD LEBLANC, III, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, and EDNA G. LEBLANC,** <br><br> Defendants. | Civil Action No. 7:07-CV-192 (HL) |

**ORDER**

After review of the verdict returned by the jury on February 3, 2012, the Court has concluded that the issues of injunctive relief, treble damages, statutory damages, attorney's fees, and costs remain for determination.

The purpose of this Order is to establish a briefing schedule to address these matters. All motions on these outstanding topics must be filed no later than March 5, 2012. A separate motion should be filed for each topic. If either party wishes to file a renewed motion for judgment as a matter of law, those motions must also be filed no later than March 5, 2012. The standard briefing schedule set by the Local Rules will apply to any responses or replies.

No final judgment will be entered until these outstanding issues are resolved.

**SO ORDERED**, this 7th day of February, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh