IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **THE B & F SYSTEM, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **LLOYD J. LEBLANC JR., MAXAM WHOLESALE OF ATLANTA, INC., DIRECT SOURCE IMPORTS, INC., ARTHUR JEFFREY LEBLANC, LLOYD LEBLANC, III, PRODUCTOS MEXICANOS DON JOSE, INC., LEBLANC'S LLC, and EDNA G. LEBLANC,** <br><br> Defendants. | Civil Action No. 7:07-CV-192 (HL) |

## ORDER

This case is before the Court on Plaintiff's Motion for Costs (Doc. 297). The motion is denied as moot. It is not necessary to file a separate motion requesting a taxation of costs pursuant to Local Rule 54.2 and Federal Rule of Civil Procedure 54(d). The Clerk of Court will consider the Bill of Costs filed at Document 298 once final judgment is entered in this case.

**SO ORDERED** this 23rd day of April, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh