**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**THE B & F SYSTEM, INC.,**

        Plaintiff,

v.

**LLOYD J. LEBLANC JR., ET AL.,**

        Defendants.

Civil Action 7:07-CV-192 (HL)

**ORDER**

On August 9, 2012, the Court entered an order deferring ruling on Defendants' Motion for Stay Pending Appeal (Doc. 344). The Court gave Defendants until August 20, 2012 to obtain and post a supersedeas bond in the amount of $1,970,750.77 in order to stay execution of the judgment pending appeal. The August 20 deadline has come and gone and no bond has been posted. Thus, the Motion for Stay is denied, and Plaintiff may begin collection on the judgment.

**SO ORDERED**, this 23rd  day of August, 2012.

                ***s/ Hugh Lawson***
                **HUGH LAWSON, SENIOR JUDGE**

mbh